UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON LAVELLE LEE,

    Plaintiff,

v.

KALAMAZOO COUNTY JAIL, et al.,

    Defendants.

_____/

Case No. 1:15-cv-379

HON. JANET T. NEFF

# ORDER

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Defendant Wilbur Ampey filed a Motion for Summary Judgment (Dkt 12). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 4, 2016, recommending that this Court grant Defendant Ampey's motion and terminate this action, and further recommending that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Dkt 12) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

      A Judgment will be entered consistent with this Order.


Dated: May 31, 2016                             /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge